IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMANDA BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:19-cv-01096 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| AAA REMEDIATION, INC., ) | MAGISTRATE JUDGE NEWBERN |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 31) recommending the Court grant Defendant's motions to dismiss. (Doc. Nos. 22 and 25). The Report and Recommendation details the procedural history of this case. Since her counsel withdrew in June 2020 (*see* Order, Doc. No. 21), it appears Plaintiff has taken no action to prosecute her claims. On October 22, 2020, the Magistrate Judge Ordered Plaintiff to respond to the motions to dismiss and warned that failure to respond could result in dismissal of her claims. (*See* Order to Show Cause, Doc. No. 29). The October 22, 2020 Order and the Report and Recommendation, which was issued February 8, 2021, were sent to Plaintiff's address of record; both were returned as undeliverable.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 31 at 8). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 31) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Defendant's motions to dismiss

(Doc. Nos. 22 and 25) are **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE